IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-1439 |
| | ) | Judge David Stewart Cercone |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| $88,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

After counsel for Plaintiff filed a Motion for Judgment and Final Order of Forfeiture in the above-captioned matter, Chief Magistrate Judge Maureen P. Kelly filed a Report and Recommendation giving the parties until February 21, 2018 to file written objections thereto. No Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED this 7th day of March, 2018 that the Motion for Judgment and Final Order of Forfeiture, ECF No. 6, is GRANTED. Judgment and Final Order of Forfeiture to follow.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                                                   s/ DAVID STEWART CERCONE
                                                                     David Stewart Cercone
                                                                     Senior United States District Judge

cc:      Honorable Maureen P. Kelly
          Chief United States Magistrate Judge

          David Lew, Esquire
          (*Via CM/ECF Electronic Mail*)